IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lester Douglas, :
:
       Plaintiff(s), :
: Case Number: 1:14cv405
vs. :
: Chief Judge Susan J. Dlott
Richard & Associates, et al., :
:
       Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 20, 2014 Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5 and 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore **DENYING** plaintiff leave to appeal *in forma pauperis.* Plaintiff remains free to apply to proceed *in forma pauperis* in the court of Appeals. *See Callihan v. Schneider,* 178 F.3d800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Ser.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                            ___s/Susan J. Dlott_____
                            Chief Judge Susan J. Dlott
                            United States District Court